**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-00074-AWI |
| Plaintiff, | ) ) ) | ORDER GRANTING MOTION TO DISMISS |
| v. | ) ) | |
| TRACY ADAM WALKER, | ) ) | |
| Defendant. | ) ) | |

On November 13, 2008, the United States of America moved to dismiss the indictment as to Tracy Adam Walker without prejudice because he has already pled guilty in state court.

Good cause appearing, the motion to dismiss is granted.

IT IS SO ORDERED.

Dated:   **December 2, 2008**          /s/ **Anthony W. Ishii**
                              CHIEF UNITED STATES DISTRICT JUDGE